# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2381
_____

PAPOUCHE EDMOND,

Appellant,

v.

RICKY D. DIXON, Secretary, Fla.
Dep't of Corrections,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.


March 19, 2025


PER CURIAM.

The Court treats the response docketed on January 7, 2025, as a notice of voluntary dismissal and dismisses this appeal. *See* Fla. R. App. P. 9.350(b).

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Papouche Edmond, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.